**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

```
KIMBERLY M. ADAMS,                      *

      Plaintiffs                        *
                                          Case Number 4:05-CV-132 (CDL)
vs.                                     *

MONUMENTAL GENERAL CASUALTY             *
COMPANY, a corporation,
and STONEBRIDGE CASUALTY                *
INSURANCE COMPANY, a corporation,
                                        *
      Defendants
```

## J U D G M E N T

Pursuant to this Court's Order dated February 9, 2009, and for the reasons stated therein, JUDGMENT is hereby entered dismissing case. Plaintiffs shall recover nothing from Defendants.

This 17th day of February, 2009.

Gregory J. Leonard, Clerk

S/ Terrie L. Smith
Deputy Clerk